IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| H.A., a minor, individually and by her Parent and Legal Guardian A.D., <br><br> Plaintiff, <br><br> v. <br><br> CAMDEN CITY BOARD OF EDUCATION, <br><br> Defendant. | HON. JEROME B. SIMANDLE <br><br> Civil No. 10-0733 (JBS/KMW) <br><br> **ORDER** |

This matter having come before the Court upon the cross motions of Defendant and Plaintiff for summary judgment [Docket Items 26 & 28]; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this __31st__ day of __July__, **2012** hereby

ORDERED that Defendant's motion for summary judgment is **GRANTED**; and it is further

ORDERED that Plaintiff's motion for summary judgment is **DENIED**; and it is further

ORDERED that the Clerk shall terminate the action upon the docket.

 **s/ Jerome B. Simandle**
 JEROME B. SIMANDLE
 Chief U.S. District Judge