IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| H.A., a minor, individually and by her Parent and Legal Guardian A.D., | HON. JEROME B. SIMANDLE |
| | Civil No. 10-0733 (JBS/KMW) |
| Plaintiff, | |
| v. | **ORDER** |
| CAMDEN CITY BOARD OF EDUCATION, | |
| Defendant. | |

This matter having come before the Court upon the cross motions of Defendant and Plaintiff for summary judgment [Docket Items 26 & 28]; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this __**31st**__ day of __**July**__, **2012** hereby

ORDERED that Defendant's motion for summary judgment is **GRANTED**; and it is further

ORDERED that Plaintiff's motion for summary judgment is **DENIED**; and it is further

ORDERED that the Clerk shall terminate the action upon the docket.

    **s/ Jerome B. Simandle**
    JEROME B. SIMANDLE
    Chief U.S. District Judge